

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2015

No. 04-15-00425-CV

**IN THE INTEREST OF D.M., A.M., A.M., J.M., AND J.M.M.,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02128
Honorable Laura Salinas, Judge Presiding

## O R D E R

The State's motion for extension of time to file its brief is granted. We order the State's brief is due on October 26, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court